IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
15 cv61150-MOORE/McALILEY

EDMOND MONTAGUE GRANT

PLAINTIFF,

V.

SHARON POTTINGER-GIBSON,

DEFENDANT.

_____

### PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiff, EDMOND MONTAGUE GRANT ("Plaintiff"), by and through the undersigned counsel, hereby request that the Clerk enter a default in this matter against Defendant, SHARON POTTINGER-GIBSON ("Defendant") on the ground that the Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure, (Declaration of Richard C. Wolfe in Support of Request for Clerk's Entry of Default (Wolfe Decl. ¶6, filed concurrently herewith)

On May 12, 2015 Plaintiff served the Defendant with its Summons and copies of the Complaint via process server.  (Wolfe Decl. ¶3 and Exhibit "A" attached).  On June 1, 2015 the Plaintiff filed a Notice of Removal, however she has not responded to the Complaint.

More than 21 days have elapsed since the date on which service of the Summons and Complaint was effective.  (Id. at ¶4)   Neither Plaintiff nor the Court has granted the Defendant an extension of time to respond to the Complaint. (Id. at ¶5)  Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiff's attorneys of record. (Id. at ¶6)  Plaintiff is informed and believes that the Defendant

could not be considered an infant or incompetent person. (Id. at ¶7)  Plaintiff is informed and

believes that the Defendant is not an individual; and therefore, the Service Members Civil Relief

Act does not apply. (Id.).

      **WHEREFORE**, Plaintiff, EDMOND MONTAGUE GRANT, requests that the default

be entered against the Defendant SHARON POTTINGER-GIBSON.

      **Respectfully submitted,**

 

          **WOLFE LAW MIAMI, P.A.**
*Counsel for Plaintiff*
Latitude One Building
175 SW 7th Street, Suite 2410
Miami, Florida  33131
Telephone: 305-384-7370
Facsimile:  305-384-7371

By:  __/s/Richard C. Wolfe
RICHARD C. WOLFE
Florida Bar No. 355607

## <u>CERTIFICATE OF SERVICE</u>

      I  HEREBY  CERTIFY  that  I  have  served  a  copy  of  the  above  via  email  to

sharypot@gmail.com  Defendant,  SHARON  POTTINGER-GIBSON,  Prose  6529  SW  194

Avenue Ft. Lauderdale, Florida 33332 on this 8th day of June 2015.

By:  __/s/Richard C. Wolfe
RICHARD C. WOLFE
Florida Bar No. 355607