## RETURN OF SERVICE

**State of Florida**  **County of Broward**  **Circuit Court**

Case Number: 15-006884

Plaintiff:
**EDMOND MONTAGUE GRANT**

vs.

Defendant:
**SHARON POTTINGER-GIBSON**

For:
Richard Wolfe, Esq.
WOLFE LAW MIAMI, P.A.
175 S.W. 7th Street
Suite #2410
Miami, FL 33130

Received by Lightning Process Services on the 12th day of May, 2015 at 3:00 pm to be served on **SHARON POTTINGER-GIBSON, 6529 S.W. 194TH AVENUE, FORT LAUDERDALE, FL 33332**.

I, Willie Wiggins Jr., do hereby affirm that on the **12th day of May, 2015** at **5:50 pm, I**:

**SUBSTITUTE** served by delivering a true copy of the **CIVIL ACTION SUMMONS and CIVIL COVER SHEET and COMPLAINT and EXHIBITS** with the date and hour of service endorsed thereon by me, to: **NICK GIBSON** as **CO-RESIDENT** at the address of: **6259 S.W. 194TH AVENUE, FORT LAUDERDALE, FL 33332**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
SERVED AT THE CORRECT ADDRESS OF 6259 S.W. 194TH AVENUE, FORT LAUDERDALE FL.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the 17th judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Verified Return of Service and the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

_Willie Wiggins Jr._
**Willie Wiggins Jr.**
1143

**Lightning Process Services**
**12590 Pines Boulevard**
**#260748**
**Pembroke Pines, FL 33026**
**(954) 243-9579**

Our Job Serial Number: WIG-2015000945

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t