IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
15 cv61150-MOORE/McALILEY

EDMOND MONTAGUE GRANT

PLAINTIFF,

V.

SHARON POTTINGER-GIBSON,

DEFENDANT.

_____

## DECLARATION OF RICHARD C. WOLFE IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT

I, Richard C. Wolfe, declare as follows:

1. I am an attorney licensed to practice law in the State of Florida, and I am counsel for the Plaintiff EDMOND MONTAGUE GRANT in the above-captioned matter. I make this Declaration, which is filed in support of Plaintiff's Request for Clerk's Entry of Default, and I could and would testify competently to the matters set forth herein.

2. On April 22, 2015, Plaintiff filed its Complaint [DE 1] (hereinafter the "Complaint") in this action against Defendant, SHARON POTTINGER-GIBSON.

3. On May 12, 2015 the Defendant was served with the Summon and a copy of the Complaint via process server. Attached hereto as Exhibit "A" is a true and correct copy of the Proof of Service and filed with the Court, reflecting that Defendant was served with the Summon and copy of the Complaint.

4. More than 21 days have elapsed since the dates on which service of the Summon and Complaint was effective.

5. The Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of the answer or other response upon Plaintiff's attorneys of record.

6. I am informed and believe the Defendant is not an infant or incompetent person, and upon information and belief, the Defendant is an individual; therefore the Servicemembers Civil Relief Act does not apply.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.

Executed this 24th day of February, 2011 at Miami, Florida.

        /S/Richard C. Wolfe
        Richard C. Wolfe

**Respectfully submitted,**

                                                **WOLFE LAW MIAMI, P.A.**
*Counsel for Plaintiff*
Latitude One Building
175 SW 7th Street, Suite 2410
Miami, Florida  33131
Telephone: 305-384-7370
Facsimile:  305-384-7371

By:   */s/Richard C. Wolfe*
RICHARD C. WOLFE
Florida Bar No. 355607

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the above via email to sharypot@gmail.com Defendant, SHARON POTTINGER-GIBSON, Prose 6529 SW 194 Avenue Ft. Lauderdale, Florida 33332 on this 8th day of June 2015.

By:   */s/Richard C. Wolfe*
RICHARD C. WOLFE
Florida Bar No. 355607