IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
15 cv61150-MOORE/McALILEY

EDMOND MONTAGUE GRANT

PLAINTIFF,

V.

SHARON POTTINGER-GIBSON,

DEFENDANT.

_____

**CLERK'S ENTRY OF DEFAULT**

The Clerk enters a Default against Defendant, SHARON POTTINGER-GIBSON for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law.  Default is hereby entered against Defendant SHARON POTTINGER-GIBSON, on this ____ day of _____ 2015.

CLERK OF COURT

_____

DEPUTY CLERK

Cc:   Richard C. Wolfe
      Counsel of Record

      Defendant:
      SHARON POTTINGER-GIBSON-Prose
      6529 SW 194 Avenue
      Ft. Lauderdale, Florida 33332